1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,           ) CASE NO. 2:13-MJ-0115 EFB
                                        )
12              v.                      )
                                        ) SEALING ORDER
13  JASON SAMUEL SCHROEDER, ET AL.      )
                                        )
14                                      )
                                        )
15                                      )
                                        )
16                                      )
                                        )
17  _____)

18
        Upon application of the United States of America and good cause having been shown,
19
        IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
20
    shall not be disclosed to any person unless otherwise ordered by this Court.
21

22  Dated: 4-9-2013

23                                          _____
                                            HON. EDMUND F. BRENNAN
24                                          United States Magistrate Judge

25

26

27

28