UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANDREA LYNN TURNER, ) <br> ) <br> Defendant. ) | Case No. 2:13-mj-00115-EFB <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREA LYNN TURNER, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

  X    Bail Posted in the Sum of: $50,000.00.

      X   Co-Signed Unsecured Appearance Bond

     ____ Secured Appearance Bond

      X   (Other) Conditions as stated on the record.

     ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/12/2013  at  2:50pm.

By _____
Edmund F. Brennan
United States Magistrate Judge