LAW OFFICES OF
**WING & PARISI**
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #84247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:13-CR-00144 JAM |
| Plaintiff, | WAIVER OF APPEARANCE |
| v. | |
| ANDREA LYNN TURNER | |
| Defendant, | |

      Defendant, ANDREA LYNN TURNER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

      Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the court may fix in her absence.

/ / /

Further, defendant ANDREA LYNN TURNER, acknowledges that she has been informed of his rights under the federal Speedy Trial Act, 18 U.S.C. §§ 3161-3174, has discussed those rights with her attorney and authorizes her attorney to set times and delays under that Act without her being present at the Court and agrees to waive any and all time requirements or constraints that his attorney believes are necessary.

DATED: July 8, 2013

                                                                     /S/ ANDREA LYNN TURNER
ANDREA LYNN TURNER,
Defendant

APPROVED:

/S/LINDA M. PARISI

LINDA M. PARISI
Attorney for Defendant

**IT IS SO ORDERED:**

DATED: July 8, 2013

                                /s/ John A. Mendez
U. S. District Court Judge

/ / /

2