```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>                    Plaintiff,    )<br>                                  )<br>v.                                )<br>                                  )<br>                                  )<br>DAVID REED, ET AL.,               )<br>                                  )<br>                    Defendant.    )<br>_____ ) | 2:13-CR-00144 JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, defendant, Jason Schroeder, by and through his counsel, Timothy Zindel, defendant, John Young, by and through his counsel, Philip Cozens, defendant, Kirk Sanderson, by and through his counsel, Clemente Jimenez, defendant, Jason Reed, by and through his counsel, Bruce Locke, defendant, David Reed, by and through his counsel, Erin J. Radekin, defendant, Maribel Martinez, by and through her counsel, Jesse Ortiz, defendant, Joshua Payne, by and through his counsel, Candice L. Fields, and defendant, Andrea Turner, by and through her counsel, Linda Parisi, agree and stipulate to vacate the date set for status conference, September 9, 2014 at 9:30 a.m., in the above-captioned matter, and to

Stipulation and Order - 1

1  continue the status conference to September 30, 2014 at 9:30 a.m. in the
2  courtroom of the Honorable John A. Mendez.
3       The reason for this request is that additional time is needed by the
4  defense to review recently provided additional discovery, complete plea
5  negotiations and other defense preparation.  The Court is advised that all
6  counsel above concur with this request and have authorized Ms. Radekin to
7  sign this stipulation on their behalf.
8       The parties further agree and stipulate that the time period from the
9  filing of this stipulation until September 30, 2014 should be excluded in
10 computing time for commencement of trial under the Speedy Trial Act, based
11 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
12 Code T4, to allow reasonable time necessary for effective defense
13 preparation.  It is further agreed and stipulated that the ends of justice
14 served in granting the request outweigh the best interests of the public and
15 the defendant in a speedy trial.
16      Accordingly, the parties respectfully request the Court adopt this
17 proposed stipulation.
18 IT IS SO STIPULATED

19 Dated: September 5, 2014                BENJAMIN WAGNER
                                           United States Attorney
20
                                     By:   /s/ Jared Dolan
21                                         JILL THOMAS
                                           Assistant United States Attorney
22

23 Dated: September 5, 2014                /s/ Timothy Zindel
                                           TIMOTHY ZINDEL
24                                         Attorney for Defendant
                                           JASON SCHROEDER
25

26 Dated: September 5, 2014                /s/ Philip Cozens
                                           PHILIP COZENS
27                                         Attorney for Defendant
                                           JOHN YOUNG
28

Stipulation and Order - 2

```
Dated: September 5, 2014            /s/ Clemente Jimenez
                                    CLEMENTE JIMENEZ
                                    Attorney for Defendant
                                    KIRK SANDERSON

Dated: September 5, 2014            /s/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Defendant
                                    JASON REED

Dated: September 5, 2014            /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    DAVID REED

Dated: September 5, 2014            /s/ Jesse Ortiz
                                    JESSE ORTIZ
                                    Attorney for Defendant
                                    MARIBEL MARTINEZ

Dated: September 5, 2014            /s/ Candice Fields
                                    CANDICE FIELDS
                                    Attorney for Defendant
                                    JOSHUA PAYNE

Dated: September 5, 2014            /s/ Linda Parisi
                                    LINDA PARISI
                                    Attorney for Defendant
                                    ANDREA TURNER
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 9, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on September 30, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through September 30, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request

1 outweigh the best interests of the public and the defendant in a speedy
2 trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).
3 IT IS SO ORDERED.
4 Dated: September 5, 2014        /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
5                                 United States District Judge