LAW OFFICES OF WING & PARISI
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Andrea Turner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:13-CR-00144 CKD |
| Plaintiff, | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. | |
| ANDREA LYNN TURNER | |
| Defendant, | |

  Ms. Turner was released pursuant to a $50,000.00 unsecured bond. On April 5, 2013, Ms. Turner deposited her passport (receipt #486381714 (Doc. 17)) with this Court as a condition of her release on bond.  On August 19, 2015, Ms. Turner  plead guilty to Count 1 of the Indictment. On August  19, 2015, the Court sentenced Ms. Turner to imprisonment for a term of 2 months. Ms. Turner has successfully completed her term.

  Ms. Turner is not on a probation or supervised release.  She has satisfied her obligations to the Court.  Ms. Turner requests that this Court Ordder the release of passport

//

//

//

/ / /

1

ORDER

It is hereby ORDERED that the Clerk of Court or his/her designee release Ms. Turner's passport to the Law Offices of Wing & Parisi, 917 G Street, Sacramento, CA 95814, to deliver the passport to Ms. Andrea Turner.

Dated: March 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/ / /